IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06- 25- UNA |
| ) | |
| CHARLES EDWARD MOORE, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney for the District of Delaware alleges that:

### Count 1

On or about April 15, 2003, in the District of New Jersey, Charles Edward Moore, the defendant, then a resident of Cliffside Park, New Jersey, having taxable income for the calendar year 2002 in the sum of $319,166 upon which said taxable income there was owing to the United States an income tax of $118,859, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States for the calendar year 2002, by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the Internal Revenue Service, and by concealing income through the use of false social security numbers and structured cash transactions of less than $10,000, all in violation of Title 26, United States Code, Section 7201.



FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: 3-16-06

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney