

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*         (302) 573-6277
*1007 N. Orange Street, Suite 700*   FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

March 16, 2006

**Hand Delivered**

Mr. Keith Kincaid
Clerk's Office
United States District Court
Federal Building, 4th Floor
844 King Street
Wilmington, Delaware 19801

CR06-25-UNA

    Re: **Charles Edward Moore**

Dear Mr. Kincaid:

    Enclosed please find a felony Information and a Defendant Information Sheet. Moore is represented by Dan Lyons. Moore is prepared to waive Indictment, waive venue, and enter a guilty plea to the Information. Accordingly, please advise me when this case is assigned to a Judge.

                        Very truly yours,

                        COLM F. CONNOLLY
                        United States Attorney

                    By: _____
                        Edmond Falgowski
                        Assistant United States Attorney

pc:  Edmund D. Lyons, Jr., Esquire

EF:slb
Enclosures

FILED
MAR 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE