IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : |
| Defendant. | : |

O R D E R

WHEREAS, by letter dated March 16, 2006 (D.I. 2) the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. An initial appearance and Rule 11 hearing will be held on **Thursday, March 30, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

2. The time between the date of this Order and March 30, 2006, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., in the interests of justice.

March 27, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE