IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-25-JJF |
| ) | |
| CHARLES EDWARD MOORE, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Charles Edward Moore, by and through his attorney, Edmund D. Lyons, Jr., Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall waive indictment, waive venue, and enter a guilty plea to a one count Information charging tax evasion, in violation of Title 26, United States Code, Section 7201 and punishable by a maximum penalty of five years imprisonment, a $250,000 fine, three years supervised release, restitution for back taxes, the costs of prosecution, or any or all of the above, and a special assessment of $100.

2. The elements of Tax Evasion are as follows:

- The defendant attempted to evade or defeat a substantial tax;
- An additional tax was due and owing by the defendant; and

- The defendant acted willfully, that is, the defendant acted with intentional violation of a known legal duty.

3. The parties stipulate that the defendant had taxable income for the calendar years 1999 through 2003 and did not file tax returns. The parties further stipulate that the defendant cooperated with investigators pursuant to the provisions of U.S.S.G. § 1B1.8 and that prior to such cooperation investigators determined the defendant's taxable income and unpaid taxes to be as follows:

| Tax Year | Taxable Income | Tax Due & Owing |
|---|---|---|
| 1999 | $113,003 | $42,193 |
| 2000 | $121,212 | $45,320 |
| 2001 | $102,373 | $38,662 |
| 2002 | $319,166 | $118,859 |
| 2003 | $179,395 | $62,755 |
| TOTAL | $835,149 | $307,789 |

The defendant agrees to file, no less than one month before sentencing, accurate income tax returns for the years 1999 through 2003. The defendant further agrees to provide the United States Attorney's Office and the United States Probation Office with copies of those returns, and to cooperate with any civil tax audit, and to make his best efforts to pay back taxes and any interest and penalties that are properly assessed.

4. The defendant agrees to pay the $100 special assessment on the day of sentencing.

5. It is further agreed by the undersigned parties that this Memorandum supersedes all prior promises, representations, and statements of the parties; that this Memorandum may be modified only

in writing signed by all the parties; and, that any and all promises, representations, and statements made prior to or after this Memorandum are null and void and have no effect whatsoever.

_____  
Edmund D. Lyons, Jr., Esquire  
Attorney for Defendant

COLM F. CONNOLLY  
United States Attorney

By_____  
Edmond Falgowski  
Assistant United States Attorney

_____  
Charles Edward Moore, Defendant

Dated: 3-30-06

AND NOW, this 30 day of March, 2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____  
HONORABLE JOSEPH J. FARNAN, JR.  
United States District Judge