OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 30, 2006

**UNITED STATES OF AMERICA**

      v.                            **CRIMINAL ACTION NO. 06-25-JJF**

**CHARLES EDWARD MOORE**

     I hereby acknowledge receipt of the following documents: U.S. Passport No. 096446340.

3-30-06
**DATE**

[signature]
**DEPUTY CLERK**