IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to the Information pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, July 13, 2006, at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

April 10, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE