IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-25-JJF |
| CHARLES EDWARD MOORE, | : | |
| Defendant. | : | |

**O R D E R**

Defendant, Charles Edward Moore, was scheduled to be sentenced on Thursday, July 13, 2006. After reviewing the Presentence Report, the Court determined that further consideration of available alternative sentences was warranted.

Therefore, for the reasons discussed, IT IS HEREBY ORDERED that sentencing in this case is continued for approximately sixty (60) days to a date to be scheduled at the convenience of the Court and the parties.

July 20, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE