IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the July 13, 2006 Sentencing was postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, September 21 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

August 18, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
AUG 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE