IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, due to a scheduling conflict the September 21, 2006 Sentencing has been postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, September 26, 2006 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 14, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE