IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has determined that an Evidentiary Hearing is appropriate for further consideration of factors in 18 U.S.C. § 3553(a) that warrant a sentence outside the guideline sentence;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Thursday, November 2, 2006, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 6, 2006
DATE

UNITED STATES DISTRICT JUDGE