IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court canceled the Evidentiary Hearing set for November 2, 2006 due to a scheduling conflict;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Thursday, November 20, 2006 at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 3, 2006
DATE

UNITED STATES DISTRICT JUDGE



FILED
NOV - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE