IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-25 JJF |
| CHARLES EDWARD MOORE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, Sentencing in the above-captioned matter was continued to allow for an Evidentary Hearing on certain issues related to sentencing;

WHEREAS, an Evidentiary Hearing was held on November 20, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, March 6, 2007 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

December 12, 2006
DATE

UNITED STATES DISTRICT JUDGE



FILED
DEC 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE