IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cr. A. No.:  06-25-JJF |
| CHARLES EDWARD MOORE, | ) |
| | ) |
| Defendant. | ) |

<u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE the attached Motion to Release of Passport will be heard by this Honorable Court at a day and time convenient for Court and counsel.

_____
Edmund Daniel Lyons - 0881
Attorney for Defendant
1526 Gilpin Avenue
P. O. Box 579
Wilmington, Delaware 19899
(302) 777-5698

Dated:  March 7, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cr. A. No.:  06-25-JJF |
| CHARLES EDWARD MOORE, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR RELEASE OF PASSPORT

Defendant, Charles Edward Moore, through counsel, Edmund Daniel Lyons, respectfully requests the return of his passport. This Motion is based on the following.

1. On March 16, 2006 the United States Attorney filed an Information charging Defendant with one count of tax evasion.

2. As a condition of bail, Defendant surrendered his passport to the United States District Court.

3. On March 30, 2006, Defendant, Charles Edward Moore, appeared before The Honorable Joseph J. Farnan, Jr. and entered a guilty plea to the charge filed in the Information.

4. On March 6, 2007, Defendant, Charles Edward Moore, appeared before The Honorable Joseph J. Farnan, Jr. and was sentenced to:  Five years probation, pay all taxes owing including penalties and interest plus a $25,000 fine and $100.00 special assessment.  Defendant is also sentenced to counseling, plus 100 hours of community service for each of the first three

years of probation and also to perform three charity events per year plus no gambling.

WHEREFORE, Defendant respectfully requests his passport be returned to him as he has met all conditions of bail and the case is closed.

                                          Edmund Daniel Lyons - 0881
                                          Attorney for Defendant
                                          1526 Gilpin Avenue
                                          P. O. Box 579
                                          Wilmington, Delaware 19899
                                          (302) 777-5698

Dated: March 7, 2007

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cr. A. No.:  06-25-JJF |
| CHARLES EDWARD MOORE, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

GOOD CAUSE APPEARING therefore, it is hereby Ordered that the passport of Charles Edward Moore be returned to him forthwith.

_____
The Hon. Joseph J. Farnan

Dated:

**AFFIDAVIT OF MAILING**

I, Donna L. Hendricks, secretary for Edmund Daniel Lyons, Esquire hereby certifies that on this 8th day of March, 2007, I caused a copy of the attached: Motion For Release of Passport, to be delivered electronically, and by first-class mail to the following:

Edmond Falgowski, AUSA
1007 Orange Street, #700
P. O. Box 2046
Wilmington, DE  19899

The document is available for public viewing and downloading.

_____
Donna L. Hendricks