IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHARLES EDWARD MOORE, )<br>)<br>Defendant. ) | Criminal Action No. 06-25-JJF |

## NOTICE OF APPEAL

The United States respectfully serves notice that it hereby appeals, pursuant to Title 18, United States Code, Section 3731, to the United States Court of Appeals for the Third Circuit, from the Judgment of the District Court, dated and entered on March 16, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-28-07

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-25-JJF |
| ) | |
| CHARLES EDWARD MOORE, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee of the United States Attorney's Office, hereby certify under penalty of perjury that on March 28, 2007, I electronically filed the NOTICE OF APPEAL with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to:

Edmond D. Lyons, Esquire
elyons@lyonslaw.com

*Sharon L. Bernardo*